Truman McDOWELL, Jr., Petitioner, v. Henry N. GRAVEN, Judge United States District Court, Northern District of Iowa, Respondent.

No. 15133.

United States Court of Appeals, Eighth Circuit.

July 21, 1954.

Truman McDowell, Jr., pro se.

PER CURIAM.

Petition for writ of mandamus against respondent denied and dismissed.

Gerhard A. PUFF, Appellant-Petitioner,

v.

UNITED STATES, Respondent.

UNITED STATES, Respondent,

v.

Gerhard A. PUFF, Appellant-Defendant.

United States Court of Appeals Second Circuit.

Motion Argued July 6, 1954.

Decided July 12, 1954.

Emanuel L. Gordon, and Jerome G. Shapiro, New York City, for appellant Puff.

J. Edward Lumbard, U. S. Atty. for Southern Dist. of New York, New York City (George H. Bailey, New York City, of counsel), for appellee United States.

PER CURIAM.

Opinion on Motion for Stay

This motion was presented before the undersigned and fully heard on July 6, 1954.

Upon its submission we speedily satisfied ourselves that there was no substance to the claim either of newly discovered evidence or of lack of due process upon which the motion was predicated. However, in a matter of such gravity we thought it wise to consider whether the motion under 28 U.S.C.A. § 2255, which was denied below 122 F.Supp. 775, if treated as a timely motion for rehearing addressed to our opinion in the former appeal, 211 F.2d 171, could possibly have sufficed to change the ultimate holding. And now, having again carefully reviewed the trial record and the briefs on the former appeal, and having considered as well the impact thereon of all argument made on the pending motion, we are satisfied that, even were the motion under section 2255 treated as a broad petition for rehearing, there would be no valid cause for disturbing the judgment of conviction execution of which the defendant seeks a stay.

JEROME N. FRANK
C. J.
CARROLL C. HINCKS
C. J